PROB 12C
(7/93)

Report Date:  November 9, 2012

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Jose Amezcua-Diaz                    Case Number:  2:11CR02071-001

Address of Offender:  Tucson, AZ (US Marshals Custody)

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  6/23/2011

Original Offense:          Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:      Prison - 18 Months;            Type of Supervision:  Supervised Release
                                   TSR - 36  Months

Asst. U.S. Attorney:    Alison L. Gregoire              Date Supervision Commenced:  8/17/2012

Defense Attorney:       Alison K. Guernsey            Date Supervision Expires:  8/16/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Jose Luis Amezcua-Diaz is considered in violation of his period of supervised release in the Eastern District of Washington by illegally reentering the United States on or prior to November 6, 2012. |
| | The defendant was charged in U.S. District Court in Arizona under case number 4:12-02437M for illegal reentry after deportation on or prior to November 6, 2012.  At this time the defendant is in the custody of the U.S. Marshals Service. |

**Prob12C**
**Re:  Amezcua-Diaz, Jose**
**November 9, 2012**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/09/2012
_____

s/David L. McCary
_____

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[x ]     The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

s/ Fred Van Sickle
_____

Signature of Judicial Officer

11/09/12
_____

Date